**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVERETT CAMERON DIAZ,<br>Petitioner,<br>v.<br>WARDEN BIRKHOLZ,<br>Respondent. | Case No. 2:25-cv-10197-WLH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Answer, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Respondent's October 14, 2026 Objections (the "Objections"). The Court has conducted a *de novo* review of those portions of the Report and Recommendation to which Respondent objected. Based on that review, Respondent's Objections do not cause this Court to alter or modify the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations in the Report and Recommendation.

IT IS ORDERED that the action is DISMISSED WITHOUT PREJUDICE as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 30, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE