JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVERETT CAMERON DIAZ, Petitioner, v. WARDEN BIRKHOLZ, Respondent. | Case No. 2:25-cv-10197-WLH-AJR **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

DATED: October 30, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE